## Health Diagnostic Laboratory, Inc.
## Payment Listing for Willowbrook Cardiovascular Associates PA

| Payment Number | Payment Date | Payment Amount |
|---:|:---:|---:|
| 23387 | 4/24/2012 | $1,620.00 |
| 23388 | 4/24/2012 | $2,840.00 |
| 24598 | 5/7/2012 | $1,820.00 |
| 24599 | 5/7/2012 | $780.00 |
| 26267 | 6/6/2012 | $1,500.00 |
| 26268 | 6/6/2012 | $3,260.00 |
| 28073 | 7/6/2012 | $1,540.00 |
| 28074 | 7/6/2012 | $4,320.00 |
| 29861 | 8/7/2012 | $1,600.00 |
| 29862 | 8/7/2012 | $5,180.00 |
| 31750 | 9/7/2012 | $1,480.00 |
| 31751 | 9/7/2012 | $5,780.00 |
| 32578 | 9/26/2012 | $40.00 |
| 33818 | 10/9/2012 | $1,520.00 |
| 33819 | 10/9/2012 | $4,540.00 |
| 35764 | 11/6/2012 | $2,100.00 |
| 35765 | 11/6/2012 | $5,820.00 |
| 37904 | 12/6/2012 | $1,780.00 |
| 37905 | 12/6/2012 | $5,920.00 |
| 40115 | 1/7/2013 | $1,680.00 |
| 40116 | 1/7/2013 | $4,820.00 |
| 42339 | 2/4/2013 | $1,640.00 |
| 42340 | 2/4/2013 | $6,180.00 |
| 44288 | 3/6/2013 | $2,120.00 |
| 44289 | 3/6/2013 | $6,220.00 |
| 46657 | 4/8/2013 | $1,640.00 |
| 46658 | 4/8/2013 | $5,900.00 |
| 48870 | 5/7/2013 | $2,100.00 |
| 48871 | 5/7/2013 | $6,920.00 |
| 51374 | 6/6/2013 | $2,380.00 |
| 51375 | 6/6/2013 | $6,540.00 |
| 53696 | 7/5/2013 | $2,020.00 |

# Health Diagnostic Laboratory, Inc.
## Payment Listing for Willowbrook Cardiovascular Associates PA

| Payment Number | Payment Date | Payment Amount |
|---:|:---:|---:|
| 53697 | 7/5/2013 | $5,980.00 |
| 56195 | 8/5/2013 | $1,760.00 |
| 56196 | 8/5/2013 | $5,840.00 |
| 58756 | 9/5/2013 | $1,900.00 |
| 58757 | 9/5/2013 | $5,240.00 |
| 61181 | 10/8/2013 | $2,020.00 |
| 61182 | 10/8/2013 | $6,640.00 |
| 63677 | 11/5/2013 | $2,640.00 |
| 63678 | 11/5/2013 | $7,540.00 |
| 66458 | 12/3/2013 | $2,560.00 |
| 66459 | 12/3/2013 | $6,400.00 |
| 69250 | 1/7/2014 | $1,620.00 |
| 69251 | 1/7/2014 | $5,140.00 |
| 71781 | 2/11/2014 | $1,420.00 |
| 71782 | 2/11/2014 | $5,660.00 |
| 74123 | 3/6/2014 | $2,020.00 |
| 74124 | 3/6/2014 | $5,960.00 |
| 76594 | 4/4/2014 | $1,620.00 |
| 76595 | 4/4/2014 | $5,680.00 |
| 79638 | 5/5/2014 | $2,120.00 |
| 79639 | 5/5/2014 | $7,660.00 |
| 82347 | 6/5/2014 | $2,440.00 |
| 82348 | 6/5/2014 | $6,920.00 |
| 85006 | 7/14/2014 | $1,920.00 |
| 85007 | 7/14/2014 | $6,280.00 |
|  |  | $208,580.00 |