# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **In re:** <br><br> **HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*, <br><br> Debtors.[1] | **Chapter 11** <br><br> **Case No.: 15-32919-KRH** <br><br> **Jointly Administered** |
| **RICHARD ARROWSMITH AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **WILLOWBROOK CARDIOVASCULAR ASSOCIATES,** *et al.* <br><br> **Defendants.** | **Adv. Pro. No. 17-04384-KRH** |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Rule 7041 of the Federal Rules of Bankruptcy Procedure, and the Order

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

Franklin R. Cragle, III (VSB No. 78398)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:     804.771.9500
Facsimile:      804.644.0957
E-mail:           fcragle@hirschlerlaw.com

*Counsel to Plaintiff Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*

Approving Amended Procedures for Avoidance Action Adversary Proceedings [Docket No. 2740], Richard Arrowsmith, in his capacity as Liquidating Trustee of the HDL Liquidating Trust, appointed pursuant to the confirmed Modified Second Amended Plan of Liquidation Proposed by the Debtors [Docket No. 995], by and through his undersigned counsel, hereby discontinues and dismisses the Complaint in the above-captioned Adversary Proceeding, with prejudice, with the parties to bear their own costs and expenses, including, without limitation, attorneys' fees.

DATED:  June 11, 2020					Respectfully submitted,

*/s/ Franklin R. Cragle, III*
Franklin R. Cragle, III (VSB No. 78398)
HIRSCHLER FLEISCHER, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia  23218-0500
Telephone:	804.771.9500
Facsimile:	804.644.0957
E-mail:		fcragle@hirschlerlaw.com

*Counsel to Plaintiff Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating*
*Trust*

# **CERTIFICATE OF SERVICE**

   I hereby certify that on June 11, 2020, a true and correct copy of the foregoing was served using the Court's ECF system, which thereby caused it to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter. I further certify that on June 11, 2020, a true copy of the foregoing, was sent by First Class, postage prepaid mail, to the following:

 John C. Isaac
 6560 Fannin Street
 Suite 620
 Houston, TX  77030

 Stanley Duchman
 6560 Fannin Street
 Suite 620
 Houston, TX  77030

             /s/ Franklin R. Cragle, III
                          Counsel

12406530.1  039229.00023